# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:03-cr-00044-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TODD WILSON SHORT, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Request for Electronic Notification [Doc. 74].

The Defendant requests permission to receive notification by email of any pleadings or papers filed electronically with the Court in this action. In the exercise of its discretion, the Court will grant the Defendant's request. See Administrative Procedures Governing Filing and Service by Electronic Means, at 3 (W.D.N.C., rev. Jan. 1, 2012).

**IT IS, THEREFORE, ORDERED** the Defendant's Request for Electronic Notification [Doc. 74] is **GRANTED**, and the Defendant shall receive notice via email whenever a pleading or other paper is filed electronically in this matter.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge